IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBERT HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 113-017 |
| | ) |
| U.S. DISTRICT COURTS, Northern, | ) |
| Southern, Middle Districts of Ga, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's requests to proceed IFP are **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this ___ day of March, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Notably, Plaintiff filed a motion to expedite consideration of his complaint that is dated February 10, 2013, (see doc. no. 6, p. 2), indicating that he likely mailed it prior to his receipt of the Magistrate Judge's Report and Recommendation, which was mailed to Plaintiff on February 7, 2013 (doc. no. 4). Regardless, given that the Court is herein adopting the Report and Recommendation and dismissing the instant action, Plaintiff's motion to expedite is **MOOT**. (Doc. no. 6.)